**Order filed March 6, 2012, Withdrawn, Appeal Reinstated, Motion Granted and Order filed March 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01029-CR

_____

**MAXIMO GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1288955**

## O R D E R

On March 6, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file a brief.   On March 8, 2012, counsel filed a motion to extend time to file appellant's brief until **March 28, 2012**.

The motion is GRANTED.   Accordingly, our order of March 6, 2012, is WITHDRAWN.   The appeal is REINSTATED.

PER CURIAM